UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:09-cr-175-T-30MAP

NEIL HUMPHREY

# FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the United States for a Final Judgment of Forfeiture (Doc. 48), pursuant to 21 U.S.C. §§ 853(a) and 853(n)(7), 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2), Fed. R. Crim. P., for the following property:

a. $3,475.00 in U.S. currency;

b. One Smith & Wesson MP9, 9mm handgun, Serial Number MPJ4805; and

c. Assorted ammunition.

The Court, being fully advised in the premises, hereby finds as follows:

1. On December 24, 2009, the United States filed a Motion for Entry of an Preliminary Order of Forfeiture, seeking forfeiture of defendant Neil Humphrey's right, title and interest in the property listed above, pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c). (Doc. 38).

2. On December 28, 2009, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture, forfeiting to the United States of

America all of the defendant's interest in the property listed above. (Doc. 39).

3. On January 27, 2010, defendant Neil Humphrey was sentenced, and the assets were found subject to forfeiture and were included in the Judgment. (Docs. 40 and 41).

4. In accordance with the provisions of 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C), the United States published notice of the forfeiture, and of its intent to dispose of the property, on the official government website, www.forfeiture.gov, from January 23, 2010 through February 21, 2010. (Doc. 43). The publication gave notice to all third parties with a legal interest in the property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within sixty (60) days of the first date of publication.

5. No persons or entities, other than the defendant, Neil Humphrey, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, are known to have an interest in the property. No third party has filed a petition or claimed an interest in the property, and the time for filing such petition has expired.

6. The Court finds that the $3,475.00 in U.S. currency; Smith & Wesson MP9, 9mm handgun, Serial Number MPJ4805; and assorted ammunition are the property of defendant Neil Humphrey.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Doc. 48) is **GRANTED**. It is FURTHER ORDERED that all right, title and interest in the following property are CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of 21 U.S.C. §§ 853(a) and 853(n)(7), 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(c)(2), Fed. R. Crim. P., for disposition according to law:

    a.    $3,475.00 in U.S. currency;

    b.    One Smith & Wesson MP9, 9mm handgun, Serial Number MPJ4805; and

    c.    Assorted ammunition.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on March 25, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel/Parties of Record

F:\Docs\2009\09-cr-175.fj 48.wpd